**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Joseph M. MARGIOTTA,
Defendant-Appellant.**

**No. 82–1025.**

United States Court of Appeals,
Second Circuit.

Nov. 5, 1982.*

Circuit Judges OAKES, MESKILL, NEWMAN, and WINTER dissent from the denial of rehearing in banc, believing that the extension of the mail fraud statute, 18 U.S.C. section 1341 (1976), reflected in the panel decision, warrants in banc consideration of the fundamental and recurring issue whether the statute applies to schemes to defraud members of the public of intangible rights, such as a right to the faithful performance of duty by a public official or a political leader exercising equivalent authority. *See* Comment, *The Intangible-Rights Doctrine and Political Corruption Prosecutions Under the Federal Mail Fraud Statute*, 47 U.Chi.L.Rev. 562 (1980).

Circuit Judge PRATT took no part in the consideration or decision of this case.